USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/6/17

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT MILTON,

                      Plaintiff,

        -against-

PHILLIP JOHNSON,

                      Defendant.

**VERDICT**

13 Civ. 8046 (PGG)

The jury hereby unanimously makes the following findings:

## LIABILITY

1. Has Robert Milton proven, by a preponderance of the evidence, his Section 1983 excessive force claim against Phillip Johnson?

   Yes _____     No __X__

   (a) If "Yes," do you find, by a preponderance of the evidence, that Officer Johnson struck Robert Milton in the face with his firearm?

   Yes _____     No _____

**If you answered "Yes" to Question 1, you must proceed to answer Questions 2-4 below. If you answered "No" to Question 1, the Foreperson should sign and date this form and tell the Marshal that the jury has reached a verdict.**

## DAMAGES

2. Has Robert Milton proven by a preponderance of the evidence that he is entitled to compensatory damages?

   Yes _____     No _____

   If "Yes," state the amount that should be awarded as compensatory damages:

   $ _____

**If your answer to Question 2 is "Yes," proceed to Question 4. If your answer to Question 2 is "No," proceed to Question 3.**

3. Has Robert Milton proven by a preponderance of the evidence that he is entitled to nominal damages in the amount of $1?

**(Note that if your answer to Question 1 is "Yes" and you have answered "No" to Question 2, your answer to Question 3 must be "Yes.")**

Yes _____    No _____

4. Has Robert Milton established by a preponderance of the evidence that he is entitled to punitive damages?

Yes _____    No _____

If "Yes," state the amount that should be awarded as punitive damages:

$ _____

**After completing this form, the Foreperson should sign and date it, place it in an envelope, and inform the Marshal that the jury has have reached a verdict.**

Dated: 2/16/17    _____
                  Signature of Foreperson